IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE F. MCKAY,

      Petitioner,                        2:06-cv-2675-GEB-KJM-P

     vs.

RICHARD KIRKLAND, Warden, et al.,

      Respondents.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On April 10, 2007, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed April 10, 2007, are adopted in full;

2. Petitioner's December 9, 2006 request for a stay is granted;

3. This matter is stayed;

4. The Clerk of the Court is directed to administratively close this case; and

5. Petitioner is required to inform the court within thirty days of the completion of the exhaustion of state court remedies.

Dated: June 13, 2007

GARLAND E. BURRELL, JR.
United States District Judge

2